IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA,           §
    Plaintiff/Respondent,           §
                                    §           Cr. No. C-03-263 (1)
V.                                  §           C.A. No. C-05-117
                                    §
GUSTABO VILLARREAL JR.,             §
    Defendant/Movant.               §

## FINAL JUDGMENT

The Court enters final judgment denying defendant Gustabo Villarreal, Jr.'s

motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

Ordered this 24th day of August, 2005.

HAYDEN HEAD
CHIEF JUDGE